# ELECTRONIC RECORD

COA #   12-13-00181-CR          OFFENSE: 1

STYLE:  Nicky Charune Agnew v. The State
        of Texas                 COUNTY:  Smith

COA DISPOSITION:    AFFIRMED     TRIAL COURT:  7th District Court

DATE: 1/7/15          Publish: NO  TC CASE #:    007-1194-11

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Nicky Charune Agnew v. The State
        of Texas                 CCA #:    145-15

_____APPELLANT'S_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:        _____

_____REFUSED_____                    JUDGE:       _____

DATE: 04/22/2015                        SIGNED: _____      PC: _____

JUDGE: Per Curiam                       PUBLISH: _____     DNP: _____

                    -------------------------

                    _____ MOTION FOR

                    REHEARING IN CCA IS: _____

                    JUDGE: _____

# ELECTRONIC RECORD